## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC THOMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>StudentUniverse.com Inc.,<br><br>Defendant. | CIVIL ACTION NO. 1:20-cv-11326-WGY |

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff voluntarily dismisses this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not served either an answer or motion for summary judgment. No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Dated:  September 16, 2020         Respectfully submitted,

/s/ *Jonathan M. Jagher*
Jonathan M. Jagher (MA #650444)
Kimberly A. Justice
FREED KANNER LONDON & MILLEN LLC
923 Fayette St
Conshohocken, PA  19428
Tel. (610) 234-6487
jjagher@fklmlaw.com
kjustice@fklmlaw.com

Katrina Carroll
CARLSON LYNCH, LLP
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Tel. (312) 750-1265
kcarroll@carlsonlynch.com

Gary F. Lynch
CARLSON LYNCH LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Tel. (412) 322-9243
glynch@carlsonlynch.com

Michael K. Yarnoff
THE KEHOE LAW FIRM
2 Penn Center Plaza, Suite 1020
1500 JFK Boulevard
Philadelphia, Pennsylvania 19102
Tel: (215) 792-6676
myarnoff@kehoelawfirm.com

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of September, 2020, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via ECF.

*/s/ Jonathan M. Jagher*
Jonathan M. Jagher